UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Neil Zlozower,

                          Plaintiff,

                -against-

HubPages, Inc.,

                          Defendant.

24-CV-7451 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due January 14, 2025 and the initial pretrial conference scheduled for January 21, 2025 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **November 18, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  November 7, 2024
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge